IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON,
    Petitioner

vs.                             CIVIL ACTION NO. 1:CV-01-0037

JANET RENO, Attoney General,
    Respondent

FILED
HARRISBURG, PA

APR 2 7 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

AND NOW, this 27th day of April, 2001, it is ordered that:

    1. The Clerk of Court shall serve a copy of the petition for a writ of habeas corpus on the Respondent and the United States Attorney.

    2. Within twenty days of the date of this order, the United States Attorney shall file a response to the petition.

    3. A determination as to whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

    4. Petitioner shall, if he so desires, file a reply to the response within ten days of its receipt.

                                             William W. Caldwell
                                            United States District Judge