copy

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>APR 3 0 2001<br>C. Signature<br>X _____ ☐ Agent / ☐ Addressee |
| 1. Article Addressed to:<br>John Ashcroft, Attorney General<br>U. S. Department of Justice<br>P.O.Box 878, Ben Franklin Station<br>Washington D. C. 20044 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0001 4827 0839 | 1-CV-01-37   S Cordes 427-01 |
| PS Form 3811, July 1999 | Domestic Return Receipt  2 of 2  J Cald  102595-00-M-0952 |

FILED
HARRISBURG, PA

MAY 0 7 2001

MARY E. D'ANDREA CLERK
Per _____ Deputy Clerk

1-CV-01-37
Show Cause
order