**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Barasch, U.S. Attorney
   P.O. Box 11754
   Harrisburg, Pa. 17108

2. Article Number (Copy from service label)
   7099 3400 0014 8570 0624

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Chadd Pyo
B. Date of Delivery: 05-01-01
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1-cv-01-37  S.C.onda 4/27/01
10-2 7 card

---

1-cv-01-37
Show Cause
Order