IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON,
    Petitioner

vs. : CIVIL ACTION NO. 1:CV-01-0037

JOHN ASHCROFT, Attoney General,
    Respondent

O R D E R

FILED
JUL 19 2001
PER
HARRISBURG, PA    DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    The Petitioner, Gladwin Wilson, is subject to a final order of removal from the United States. In January 2001, he filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 challenging his continued detention by the Immigration and Naturalization Service pending his removal.[1] A response was filed in May 2001.[2]

    After the response was filed, the United States Supreme Court decided <u>Zadvydas v. Davis</u>, ___ U.S. ___, 121 S.Ct. 2491 (2001), which may affect the disposition of the instant petition.

---

[1] Wilson recently filed another habeas petition challenging the order of removal. That case is docketed at No. 1:CV-01-1226.

[2] We have substituted John Ashcroft, the current Attorney General, as the respondent for Janet Reno, the former Attorney General.

AO 72A
(Rev.8/82)

Because of the potential impact of the decision on the habeas corpus petition, it is ordered that:

1. The Clerk of Court is directed to send a copy of the Supreme Court's decision in Zadvydas v. Davis, ___ U.S. ___, 121 S.Ct. 2491 (2001), to the Petitioner along with this Order.

2. Within thirty (30) days of the date of this Order, the Respondent shall file a supplemental brief specifically addressing the impact of the decision on this action.

3. The Petitioner, if he desires, shall file a reply to the supplemental brief within fifteen (15) days of the date of its filing.

WILLIAM W. CALDWELL
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 19, 2001

Re:   1:01-cv-00037   Wilson v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Gladwin Wilson
CTY-SNY
Snyder County Jail      — w attachment only to
600 Old Colony Rd.           him
Selinsgrove, PA  17870-8610
                              not to all
Mary Catherine Frye, Esq.         parties
U.S. Attorney's Office
Room 217 Federal Building
228  Walnut St.
Harrisburg, PA  17108

cc:
Judge                          (✓)        (✓) Pro Se Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                          DA of County  ( )   Respondents  ( )
Bankruptcy Court               ( )
Other_____         ( )
                                                        MARY E. D'ANDREA, Clerk

DATE: _____7-19-01_____     BY: _____/s/_____
                                    Deputy Clerk