MCC:MCF:pak

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLADWIN WILSON<br>    Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, ATTORNEY GENERAL,<br>    Respondent. | Civil No. 1:CV-01-00037<br><br>(Judge Caldwell) |

FILED
HARRISBURG

AUG 29 2001

MARY E. D'ANDREA, CLE[RK]
Per_____
DEPUTY CLERK

### SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE

Petitioner Gladwin Wilson is a native and citizen of Guyana who has filed several petitions for habeas corpus, seeking release from detention. Following Mr. Wilson's most recent custody review, the INS issued its decision to release him. See Decision of Post Order Custody Review - Release, attached hereto as Exhibit A. The undersigned has been informed by INS District Counsel's Office that Mr. Wilson was released on August 14, 2001. Accordingly, Mr. Wilson's petitions seeking release pending deportation are moot.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

*Mary Catherine Frye*
MARY CATHERINE FRYE
Assistant United States Attorney
P.O. Box 11754
Harrisburg, PA 17108-1754
(717) 221-4482

Date: 8/29/01

AUG-09-2001  17:26      INS DISTRICT COUNSEL                215 656 7148   P.02/02



U.S. Department of Justice
Immigration and Naturalization Service

*HQPDU, 801 I St. NW*
*Washington, DC 20536*

Gladwin WILSON                                             A41 928 716
C/O Philadelphia District Office
Snyder County Jail
1600 Callowhill Street
Philadelphia, PA 19130

### Decision of Post Order Custody Review - Release

You are currently detained in the custody of the Immigration and Naturalization Service (INS). To date, the INS has been unable to remove you from the United States as ordered on May 10, 2000.

Upon review of your case, the INS has concluded that you may be released from INS custody pending your removal from the United States. This release does not effect the foregoing order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond which you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations who may be willing to assist you upon release.

It is particularly important that you keep the INS advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. You are required by law to cooperate in that effort. If we are successful in obtaining those documents, you will be required to surrender to the INS for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____           6/12/01
Signature of HQPDU Director/Designated Representative       Date



(Page 1 of 2)

MCC:MCF:pak

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLADWIN WILSON,<br>    Petitioner, | ) Civil No. 1:CV-01-00037<br>)<br>) (Judge Caldwell) |
| v. | )<br>) |
| JOHN ASHCROFT, ATTORNEY GENERAL,<br>    Respondent. | )<br>) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 29th day of August, 2001 she served a copy of the attached

### SUPPLEMENTAL RESPONSE TO
### ORDER TO SHOW CAUSE

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S):
Gladwin Wilson
3126 Dwight Avenue
Farrockway, NY 11691


*Patricia A. Kolonoski* (signature)
PATRICIA A. KOLONOSKI
Legal Secretary

2