See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON,

    Petitioner

vs.

JOHN ASHCROFT, Attorney General,

    Respondent

CIVIL NO. 1:CV-01-0037

(Judge Caldwell)



O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Petitioner Gladwin Wilson, a native and citizen of Guyana, challenged his detention by the Immigration and Naturalization Service ("INS") through a habeas corpus petition pursuant to 28 U.S.C. § 2241 filed on January 10, 2001. He sought release from INS custody. The INS filed its Response to our Order to Show Cause on May 17, 2001. On July 19, 2001, the Court issued an Order directing the INS to file a supplemental brief addressing the impact of recent Supreme Court decisions on this case. The INS's supplemental response and supporting documents establish that on August 14, 2001, the Petitioner was released from INS custody. See doc. 8.

Certified from the record
Date 9/26/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Since Petitioner has been afforded the relief he sought from this court, his action is now moot. An appropriate order will enter.

AND NOW, this 26th day of September, 2001, it is ordered that:

1. The petition for writ of habeas corpus (doc. 1) is dismissed as moot.

2. The Clerk of Court is directed to close this file.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

September 26, 2001

Re:  1:01-cv-00037    Wilson v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

    Gladwin Wilson
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Mary Catherine Frye, Esq.
    U.S. Attorney's Office
    Room 217 Federal Building
    228  Walnut St.
    Harrisburg, PA  17108

cc:
Judge                            (✓)              (✓) Pro Se Law Clerk
Magistrate Judge                 ( )              ( ) INS
U.S. Marshal                     ( )              ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )
                                          DA of County  ( )    Respondents ( )

Bankruptcy Court                 ( )
Other_____   ( )

                                                MARY E. D'ANDREA, Clerk

Case 1:01-cv-00037-WWC-PT    Document 9    Filed 09/26/2001    Page 4 of 4

DATE: _9/26/01_                                              BY: _[signature]_
                                                                 Deputy Clerk

Case 1:01-cv-00037-WWC-PT    Document 9    Filed 09/26/2001    Page 4 of 4