Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Re: 1:01-cv-00037

Please file all pleadings direc[t]
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyse[r]

---

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mann[ion]
Magistrate Judge Thomas M. Blewi[tt]

---

Judge James F. McClure
Judge Malcolm Muir

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED
HARRISBURG
OCT 0 1 20[01]
MARY E. D'ANDREA
Per _____
DEPUTY CLE[RK]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON,

    Petitioner

vs.

JOHN ASHCROFT, Attorney General,

    Respondent

CIVIL NO. 1:CV-01-0037

(Judge Caldwell)

FILED
SEP 26 2001
PER
HARRISBURG, PA.   DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Petitioner Gladwin Wilson, a native and citizen of Guyana, challenged his detention by the Immigration and Naturalization Service ("INS") through a habeas corpus petition pursuant to 28 U.S.C. § 2241 filed on January 10, 2001. He sought release from INS custody. The INS filed its Response to our Order to Show Cause on May 17, 2001. On July 19, 2001, the Court issued an Order directing the INS to file a supplemental brief addressing the impact of recent Supreme Court decisions on this case. The INS's supplemental response and supporting documents establish that on August 14, 2001, the Petitioner was released from INS custody. See doc. 8.

Certified from the record
Date 9/26/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Since Petitioner has been afforded the relief he sought from this court, his action is now moot. An appropriate order will enter.

AND NOW, this 26th day of September, 2001, it is ordered that:

1. The petition for writ of habeas corpus (doc. 1) is dismissed as moot.

2. The Clerk of Court is directed to close this file.

*William W Caldwell*
WILLIAM W. CALDWELL
United States District Judge